**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Marcellus Levan HENDERSON,**
**Defendant–Appellant.**

**No. 06–15196**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

May 14, 2008.

John P. Manning, Esq., Beaverton, OR, for Plaintiff–Appellant.

Kathryn P. Salyer, Esq., Farleigh, Wada & Witt, Portland, OR, for Defendant–Appellee.

Before TJOFLAT, MARCUS and PRYOR, Circuit Judges.

PER CURIAM:

Adam M. Hames, appointed counsel for Marcellus Levan Henderson in this direct criminal appeal, has moved to withdraw from further representation of the appellant and has filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because

---

independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Henderson's convictions and sentences are **AFFIRMED.** We also **DENY** Henderson's motions to appoint new counsel and to file a supplemental brief.